**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Phillips Total Care Pharmacy, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-2438474** |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **121 E. State Street**<br>**Mauston, WI 53948** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Juneau** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL)    **http://phillipsrxinc.com**

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Phillips Total Care Pharmacy, Inc.**

Case number (*if known*) _____

Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4561

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

Debtor   **Phillips Total Care Pharmacy, Inc.**                                    Case number (*if known*) _____

         Name

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____

       Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

3/24/25 11:36AM

Debtor    **Phillips Total Care Pharmacy, Inc.**
Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/28/2025
                  MM / DD / YYYY

X _____          **Wayne MacArdy**
Signature of authorized representative of debtor       Printed name

Title    **President**

---

**18. Signature of attorney**

X _____          Date  03/28/2025
Signature of attorney for debtor                          MM / DD / YYYY

**Claire Ann Richman 1020942**
Printed name

**RICHMAN & RICHMAN LLC**
Firm name

**122 W. Washington Avenue**
**Suite 850**
**Madison, WI 53703-2732**
Number, Street, City, State & ZIP Code

Contact phone  **608-630-8990**     Email address  **crichman@randr.law**

**1020942 WI**
Bar number and State

---

3/18/25 11 49AM

Fill in this information to identify the case:

Debtor name    **Phillips Total Care Pharmacy, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WISCONSIN

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    *Amended Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03· 28· 2025          X  _____
                                         Signature of individual signing on behalf of debtor

                                         **Wayne MacArdy**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Phillips Total Care Pharmacy, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **3RT Networks LLC 103 Leonard Street S West Salem, WI 54669** | | **IT Services** | | | | $135,978.64 |
| **Anda, Inc P.O. Box 748476 Atlanta, GA 30374-8476** | | **Pharmaceutical Products** | | | | $73,855.36 |
| **Atlantic Resource Partners, LLC 19 W. 34th Street Suite 806 New York, NY 10001** | | **Recruitment services** | | | | $35,187.66 |
| **Cardmember Services - BOM P.O. Box 790408 Saint Louis, MO 63179-0408** | | **Credit Card** | | | | $66,950.00 |
| **Carmichael & Quartemont, S.C. Attorney Jay S. Carmichael 916 Oak Street P.O. Box 725 Tomah, WI 54660** | | **Legal Services** | | | | $32,577.71 |
| **Devant Transport Service LLC PO Box 38 Madison, WI 53713-7000** | | **Transportation Services** | **Contingent Unliquidated Disputed** | | | $372,891.36 |
| **Dockside Partners P.O. Box 150593 Ogden, UT 84403-0593** | | **Consulting services** | | | | $43,242.08 |

| Debtor | **Phillips Total Care Pharmacy, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Eldermark** **P.O. Box 844707** **Boston, MA** **02284-4707** | | **Software services** | | | | **$44,850.23** |
| **IPC / ACH** **1550 Columbus Street** **Sun Prairie, WI 53590** | | **Services** | | | | **$288,108.72** |
| **IRS** **Centralized Insolvency Operation** **PO Box 7346** **Philadelphia, PA 19101-7346** | | **Unpaid sales taxes for tax period ending March 31, 2024, June 30, 2024, September 30, 2024, and December 31, 2024** | | | | **$246,122.67** |
| **JFCRx** **8531 198th Avenue** **Bristol, WI 53104** | | **Medical Equipment Manufacturer** | | | | **$45,929.33** |
| **MBMC Mauston Phillips, LLC** **1050 Divison Street** **Mauston, WI 53948** | | **Medical Supplies and Services** | | | | **$499,646.04** |
| **McKesson Medical-Surgical** **P.O. Box 630693** **Cincinnati, OH 45263-0693** | | **Medical Supplies** | | | | **$67,907.00** |
| **Parata Systems LLC** **P.O. Box 638203** **Cincinnati, OH 45263-8203** | | **Medican Technology products** | | | | **$159,252.15** |
| **ParMed Pharmaceuticals LLC** **1821 Reliable Pkway** **Chicago, IL 60686** | | **Pharmaceutical Products** | | | | **$96,653.48** |
| **RNA Holdings LLC** **2604 River Green Circle** **Louisville, KY 40206** | | **Services for processing third party claims** | | | | **$44,083.43** |
| **Sanofi Pasteur Inc** **12458 Collections Center Drive** **Chicago, IL 60693** | | **Pharmaceutical Services** | | | | **$25,824.46** |
| **SoftWriters** **Attn: RxPertise** **P.O. Box 101466** **Atlanta, GA 30392-1466** | | **Software Services** | | | | **$22,891.28** |

Debtor    **Phillips Total Care Pharmacy, Inc.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **StatimRx 11270 W Park Place Suite 625 Milwaukee, WI 53224-3624** | | **Technology, Network, and Logistic support services** | | | | **$61,532.20** |
| **WM & ME LLC P.O. Box 136 Mauston, WI 53948** | | **goods and/or services** | | | | **$56,844.09** |

3/18/25 11 49AM

# United States Bankruptcy Court
## Western District of Wisconsin

In re  **Phillips Total Care Pharmacy, Inc.**

Debtor(s)

Case No. 

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Wayne MacArdy**<br>**W4642 S Shore Road**<br>**Mauston, WI 53948** | | | **100% Shareholder Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  3·28·2025

Signature 

**Wayne MacArdy**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571

Sheet 1 of 1 in List of Equity Security Holders

3RT Networks LLC
103 Leonard Street S
West Salem, WI 54669

A+ Secure Mini Storage
P.O. 96
Mauston, WI 53948

ACC Business
P.O. Box 5077
Carol Stream, IL 60197-5077

Addis Law, LLC
Attorney Phillip James Addis
504 Main Street, Suite 200
P.O. Box 1627
La Crosse, WI 54602-1627

AFLAC
1932 Wynnton Road
Columbus, GA 31999-0797

Ally Bank
P.O. Box 13625
Philadelphia, PA 19101

Amazon Business
P.O. Box 035184
Seattle, WA 98124-5184

American Funds / ACH
Edward Jones
514 Gateway Avenue
Suite A
Mauston, WI 53948

AmericInn (formerly Super8)
1011 Gateway Ave
Mauston, WI 53948

AmerisourceBergen
1001 W. Taylor Road
Romeoville, IL 60446-4265

Anda, Inc
P.O. Box 748476
Atlanta, GA 30374-8476

Aramark/Vestis
25259 Network Place
Chicago, IL 60673-1252

Arnie's Service Center, Inc.
2351 Spooner Avenue
P.O. Box 6
Altoona, WI 54720

ASD Specialty Healthcare, LLC
1 West First Avenue
Conshohocken, PA 19428

Atlantic Resource Partners, LLC
19 W. 34th Street
Suite 806
New York, NY 10001

Auburn Pharmaceutical
P.O. Box 72216
Cleveland, OH 44192

B2E Solutions
1020 James Drive
Suite O
Hartland, WI 53029

Bachrodt Baraboo Motors
640 State Rd 136
Baraboo, WI 53913

Bank of Wisconsin Dells
716 Superior St.
Wisconsin Dells, WI 53965

BB Community Leasing Services, Inc.
7700 Mineral Point Road
Madison, WI 53717

Bianca Bellissimo
5119 Brookfield Parkway
Apt 314
Madison, WI 53718

BTU Management Inc.
534 La Crosse Street
Mauston, WI 53948

Capital Newspapers
P.O. Box 4690
Carol Stream, IL 60197-4690

Card Member Services - BWD
P.O. Box 790408
Saint Louis, MO 63179-0408

Cardinal Health 110, LLC
700 Cardinal Place
Dublin, OH 43017

Cardmember Services - BOM
P.O. Box 790408
Saint Louis, MO 63179-0408

Carmichael & Quartemont, S.C.
Attorney Jay S. Carmichael
916 Oak Street
P.O. Box 725
Tomah, WI 54660

Change Healthcare (Envoy ACH)
P.O. Box 572490
Salt Lake City, UT 84157-2490

City of Mauston
303 Mansion Street
Mauston, WI 53948

Class 1 Air Inc
P.O. Box 90527
Milwaukee, WI 53209

CLIA Laboratory Program
P.O. Box 3056
Portland, OR 97208-3056

Concept Printing
603 John Street
P.O. Box 237
Necedah, WI 54646

Dakota Drug, Inc
1101 Lund Blvd
Anoka, MN 55303

Dale Schultz Tires
N3554 Hwy 12 & 16
Mauston, WI 53948

Delta Dental
P.O. Box 518
Wisconsin Rapids, WI 54495

Dennis P. Conway
N7601 S Stonegate Drive
New Lisbon, WI 53950

Devant Transport Service LLC
PO Box 38
Madison, WI 53713-7000

Disability Mgmt
1 Park Place
300 South State Street, Suite 250
Syracuse, NY 13202-2041

```
Dockside Partners
P.O. Box 150593
Ogden, UT 84403-0593

DTS
P.O. Box 38
W3290 US Highway 18
Helenville, WI 53137

Eagle Promotions
610 McEvoy Street
Suite A
Mauston, WI 53948

Eldermark
P.O. Box 844707
Boston, MA 02284-4707

EO Johnson - Dallas TX
P.O Box 660831
Dallas, TX 75266-0831

EO Johnson - Wausau
P.O. Box 629
Wausau, WI 54402-0629

Forward Health
313 Blettner Blvd
Madison, WI 53714

Fred Pryor Seminars
Attn: Accounts Receivable
P.O. Box 219468
Kansas City, MO 64121

Frontier
P.O. Box 740407
Cincinnati, OH 45274-0407

Genworth Life & Annuity
P.O. Boc x 740118
Cincinnati, OH 45274-0118

GoDaddy
2155 GoDaddy Way
Tempe, AZ 85284

Grace Lutheran Foundation Inc
P.O. Box 287
Eau Claire, WI 54702-0287

Gray Electric LLC
N4717 Hwy 12-16
Mauston, WI 53948
```

GreenHill Trading
5701 Foster Ave
Brooklyn, NY 11234

Gurstel Law Firm P.C.
Attorney Piper L. Hughes
622 N. Water Street
Suite 400
Milwaukee, WI 53202

Hammond Auto LLC
216 South Union Street
Mauston, WI 53948

Howard, Solochek & Weber, S.C.
Attorney Jonathan H. Dudley
7300 S. 13th Street, Ste 201
Oak Creek, WI 53154

Huntington Bank
7932 N 76th St
Milwaukee, WI 53223

Indeed
Mail Code 5160
P.O. Box 660367
Dallas, TX 75266-0367

Insolvency Unit West 17, Grp 4-Milwaukee
Organization Code: SES:C:AIQ:WI7
211 W. Wisconsin Ave, Stop 5301
Milwaukee, WI 53203-2221

Integra LTC Solutions LLC
317 Commercial Avenue
Anacortes, WA 98221

IntegralRx
P.O. Box 890835
Charlotte, NC 28289-0835

IPC / ACH
1550 Columbus Street
Sun Prairie, WI 53590

IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JE Fisher Group LLC
4012 Forest Heights Drive
Eau Claire, WI 54701

JFCRx
8531 198th Avenue
Bristol, WI 53104

Juneau County Treasurer
Attn: Denise Geibel
220 E State Street
Room 112
Mauston, WI 53948

K & L Cleaning
N4526 County Road HH
Mauston, WI 53948

Karen Pannarale
W6121 Horkan Road
New Lisbon, WI 53950

Krautkramer & Block LLC
Attorney James V. Block
3544 Stewart Ave
Wausau, WI 54401-1566

Krekeler Law, SC
26 Schroeder Ct., Ste 300
Madison, WI 53711-2503

Krus Fire & Security
W3035 Highway 12-16
P.O. Box 148
Lyndon Station, WI 53944

Kulig, Michalak & Franklin
Attorney Mark R. Franklin
PO Box 400
Independence, WI 54747

Leaf Capital Funding, LLC
110 S Poplar Street
Suite 101
Wilmington, DE 19801

LETCO Medical
P.O. Box 776157
Chicago, IL 60677-6157

Logistics Recycling
2955 Ramada Way
Green Bay, WI 54304

Lynxx Networks
127 US Highway 12
P.O. Box 267
Camp Douglas, WI 54618

MainLine Drug Testing
135 Jenkins Street
Suite 105B/#329
Saint Augustine, FL 32086-5182

MaksPharma
2365 Milburn Avenue
Baldwin, NY 11510

Masters Pharmaceutical Inc
P.O. Box 840713
Dallas, TX 75284-0713

MBE CPAs, LLP
P.O. Box 163
Baraboo, WI 53913-0163

MBMC Mauston Phillips, LLC
1050 Divison Street
Mauston, WI 53948

McKesson Medical-Surgical
P.O. Box 630693
Cincinnati, OH 45263-0693

Med-Vet International
13822 W Boulton Blvd
Lake Forest, IL 60045

Melissa Ebbers
N4079 Tunnel Hill Road
Elroy, WI 53929

MERI (Formerly LRI)
800 Uniek Drive
Waunakee, WI 53597

Minuteman Press
1115 N Superior Avenue
Tomah, WI 54660

Modern US Inc
P.O Box 411543
Boston, MA 02241

Money Life Insurance Co
P.O. Box 2224
Birmingham, AL 35246-0030

National Community Pharmacists Assoc
P.O. Box 791223
Baltimore, MD 21279-1223

National Healthcareer Association (NHA)
62280 Collection Center Drive
Chicago, IL 60693-0622

NetRx
400 Interpace Parkway, Building C
Suite 200
Parsippany, NJ 07054

Nowlan Law LLP
Attorney Kelsey J. McCarthy
100 South Main Street
P.O. Box 8100
Janesville, WI 53547-8100

Null's Quik Lube
407A State Road 82 E
Mauston, WI 53948

Numed Pharma ACH
2004 McDonald Avenue
Brooklyn, NY 11223

Offit Kurman, P.C.
Attorney C. Lawrence Holmes
1801 Market Street
Suite 2300
Philadelphia, PA 19103

Our House Senior Living
3965 Airport Drive
Indianapolis, IN 46254

PAAS National
160 Business Park Circle
Stoughton, WI 53589

Paragon Enterprises, Inc
330 Corporate Avenue
Suite 114
Fort Lauderdale, FL 33331

Parata Systems LLC
P.O. Box 638203
Cincinnati, OH 45263-8203

ParMed Pharmaceuticals LLC
1821 Reliable Pkwy
Chicago, IL 60686

Pfizer Inc
P.O. Box 100539
Atlanta, GA 30384-0539

Pharmaceutical Return Services, Inc
720 Heartland Drive
Suite B
Sugar Grove, IL 60554

Pheonix LTC
3730 E Southern Avenue
Phoenix, AZ 85040

Phillips Incorporated
P.O. Box 136
Mauston, WI 53948-0136

Phoenix LTC
P.O. Box 641078
Dallas, TX 75264-1078

Pitney Bowes
P.O. Box 981022
Boston, MA 02298-1022

PointClickCare Technologies Inc.
P.O. Box 674802
Detroit, MI 48267-4802

Preferred Medical
P.O. Box 37904
Dept #171
Charlotte, NC 28237-7904

Premier Retirement Partners LLC
P.O. Box 620042
Middleton, WI 53562

Primed Pharmaceuticals
34 Industrial Way East
Unit 1A
Eatontown, NJ 07724

Prizm Pre-Press Inc.
204 Avon Street
La Crosse, WI 54603

Purchase Power
P.O. Box 981026
Boston, MA 02298-1026

Quartz
2650 Novation Pkwy
Madison, WI 53713

Real Value Products
5100 Commerce Parkway
San Antonio, TX 78218

RedSail Technologies LLC
P.O. Box 890898
Charlotte, NC 28289

Rhyme Office
P.O. Box 338
Portage, WI 53901

River Valley Newspaper
P.O. Box 4690
Carol Stream, IL 60197-4690

RNA Holdings LLC
2604 River Green Circle
Louisville, KY 40206

Rudig-Jenson Lube & Wash
1000 Progress Drive
New Lisbon, WI 53950

Rx Systems Inc
121 Point West Blvd
Saint Charles, MO 63301-4409

Sanofi Pasteur Inc
12458 Collections Center Drive
Chicago, IL 60693

SBA EIDL
US Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918

Screeningone Inc
P.O. Box 738078
Dallas, TX 75373-7945

Second Source Rx
13600 Shoreline Drive
Suite 200
Earth City, MO 63045

Shred-it
27 Marsh Court
Madison, WI 53717

ShredAway
2515 W. Princeton Avenue
Eau Claire, WI 54703

SiriusXM
Sirius XM Care
P.O. Box 33174
Detroit, MI 48232

SoftWriters
Attn: RxPertise
P.O. Box 101466
Atlanta, GA 30392-1466

South Pointe Wholesale, Inc
P.O. Box 538524
Atlanta, GA 30353-8524

Spectrum-Dead
P.O. Box 94188
Palatine, IL 60094-4188

StatimRx
11270 W Park Place
Suite 625
Milwaukee, WI 53224-3624

Stericycle, Inc
28883 Network Place
Chicago, IL 60673-1288

SuperiorVision Insurance Plan of Wis Inc
Attn: Billing Department
P.O. Box 748982
Los Angeles, CA 90074-8982

The Dirks Group
225077 Rib Mountain Drive
Wausau, WI 54401

TopRX
2950 Brother Blvd
Memphis, TN 38133

United Imaging
21201 Oxnard Street
Woodland Hills, CA 91367

UpToDate
P.O. Box 412094
Boston, MA 02241-2094

Veridikal Techno
355 Riverside Avenue
Suite 205
Westport, CT 06880

Verizon
P.O. Box 16810
Newark, NJ 07101-6810

Wayne MacArdy
W4642 Southshore Road
New Lisbon, WI 53950

```
Wisconsin Biomedical Services
4009 Felland Road
Suite 104
Madison, WI 53718

Wisconsin Dept of Revenue
PO Box 930208
Milwaukee, WI 53293-0208

Wisconsin DOR
P.O. Box 3028
Milwaukee, WI 53201-3028

WM & ME LLC
P.O. Box 136
Mauston, WI 53948

Wons Background Investigation, LLC
5639 Executive Circle
Little Suamico, WI 54141

ZipRecruiter
P.O. Box 102827
Pasadena, CA 91189-2827
```

# United States Bankruptcy Court
## Western District of Wisconsin

In re    **Phillips Total Care Pharmacy, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Phillips Total Care Pharmacy, Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Wayne MacArdy
W4642 S Shore Road
Mauston, WI 53948**

☐ None [*Check if applicable*]

_March 28, 2025_
Date

_Claire Ann Richman_
**Claire Ann Richman 1020942**
Signature of Attorney or Litigant
Counsel for    **Phillips Total Care Pharmacy, Inc.**
**RICHMAN & RICHMAN LLC
122 W. Washington Avenue
Suite 850
Madison, WI 53703-2732
608-630-8990 Fax:608-630-8991
crichman@randr.law**